Manuel D. Serpa, State Bar No. 174182
BINDER AND BINDER, PC
400 Metropolitan Drive, Suite 350
Orange, CA 92868
Telephone: (714) 564-8640
Facsimile: (714) 564-8641
Email: mds.esq@gmail.com

Attorneys for Plaintiff
TERESA I. YBARRA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA I. YBARRA,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>        Defendant. | CIVIL ACTION NO.<br>EDCV06-358 DDP (JWJ)<br><br>[PROPOSED] ORDER FOR EAJA FEES |

IT IS ADJUDGED that plaintiff's counsel be awarded attorney's fees and cost in the amount of $5,500.00 dollars pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED: May 12, 2009

JEFFREY W. JOHNSON
United States Magistrate Judge